ERIC MESSIER
LIBERTY FELLOWSHIP
(a Corporation Sole)
P. O. Box 1364
Provident, RI 02886

Tel: (401) 751-0019

MISC 06 -031ML

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC MESSIER and LIBERTY FELLOWSHIP,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.<br><br>PETITION TO QUASH SUMMONS |

## INTRODUCTION

**Parties**

1. Plaintiff ERIC MIESSIER (hereafter referred to as "petitioner" or "MESSIER") is now and at all times relevant to this petition is an individual and the "overseer" of LIBERTY FELLOWSHIP, a Corporation Sole, organized for religious and charitable purposes under the law of the State of Washington. LIBERTY FELLOWSHIP is an organization exempt from taxation as an organization described in United States Section 501(c)(3) and exempt from the filing requirements with as set forth in the Internal Revenue Code, Title 26, United States Codes Section 508 and Section 6033.

2. The defendant is the UNITED STATES, and in doing all acts as set forth herein,

acted through its agency, the Internal Revenue Service and its agent Kenneth Cournoyer.

**Jurisdiction and Venue**

3. The nature of the instant action is a civil petition to quash the service of an "Administrative" summons issued and served by the United States, by the Internal Revenue Service, upon Citizens Bank, a copy of which is attached hereto as Exhibit A. This Court has jurisdiction by virtue of Title 28, United States Code, Section 1331, 1340, Title 26, United States Code Section 7609, and the First, Fourth, Fifth, Ninth and Tenth Amendment of the Constitution of the United States. Venue lies within the District Court of Rhode Island, the principle place of business for the Plaintiff, and within the district which the third party record keeper Citizens Bank maintains its main and branch offices, all within the State of Rhode Island. The bank account which is the subject of the administrative summons is maintained within the State of Rhode Island.

**PETITION TO QUASH**

4. On or about or subsequent to March 21, 2006, the exact date unknown to Petitioners, the Internal Revenue Service served a summons upon Citizen Bank with respect to banking records of Liberty Fellowship, a copy of which is attached hereto as Exhibit A.

5. Subsequent to March 21, 2006, at a date unknown to petitioners, the Internal Revenue Service caused to be mailed to the Petitioners a copy of the summons and a notice pursuant to Title 26, United States Code, Section 7609, which notice was received by petitioners on March 30, 2006. Within 20 days of receipt of the notice, Petitioners file this instant petition.

6. Petitioners request that the administrative summons be quashed on the following grounds:

A. Liberty Fellowship is a "corporation sole" formed for religious purposes and organized pursuant to Title 26, United States Code, Section 508, and is exempt from reporting to, account to, or control by the Internal Revenue Service as a religious institution, and accordingly, the issuance of the summons is not for a proper purpose in the determination

of a tax liability. By the use of the administrative summons, the Internal Revenue Service is attempting to interfere with the operation of a religious organization, creating a chilling effect upon the operation of Liberty Fellowship, and conducting a campaign against any religious organization which claims status as a "corporation sole."

C. The Internal Revenue Service did not issue the summons in good faith for the purpose of determining any civil tax liability, but issued the summons solely for the purpose of conducting an investigation under Title 26, United States Code, Section 7408 for injunctive relief and/or for criminal purposes. In instituting the investigation under Title 26, United States Code, Section 7408, the investigation is conducted only pursuant and under directions of the Criminal Division of the Internal Revenue Service, with no civil tax liability involved.

D. The summons is over broad and includes request for documents which constitutes an improper invasion into privacy, and is not related to the proper administration of the tax laws.

WHEREFORE, Petitions pray:

1. That this Court issue an order quashing the summons; or

2. In the alternative, limit scope of the summons; and

3. That Petitioners be given leave of court to supply supplemental memorandum of points and authority, supporting declarations and supporting document after permitting the Petitioners to engage is discovery.

4. Petitioners be granted leave of court to amend this petition as may be just; and

5. That Petitioners be awarded their attorney fees and costs as provided by law.

Date: 04-14-06

[signature]

Eric Messier, individually and as Overseer
Of Liberty Fellowship