IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC MESSIER, and the LIBERTY FELLOWSHIP, )
Petitioners, )
v. ) Case No. 1:06-mc-00031-ML-LDA
UNITED STATES OF AMERICA, )
Respondent. )

DECLARATION OF KENNETH R. COURNOYER

1. I, Kenneth R. Cournoyer, am over 18 years of age and competent to testify to the facts set forth in this declaration.

2. I am a duly-commissioned Revenue Agent employed in the Small Business/Self-Employed Division in Providence, Rhode Island.

3. The IRS is currently conducting an investigation to determine whether Eric Messier and the Liberty Fellowship are liable for additional federal income tax arising from unreported income or are liable for penalties under 26 U.S.C. §§ 6700 or 6701 and, thus, are subject to injunction under 26 U.S.C. §§ 7402 or 7408.

4. On March 21, 2006, I issued an IRS summons, IRS Form 2039, to Citizens Bank seeking records regarding Eric Messier and the Liberty Fellowship. The summons requested that Citizens Bank produce copies of account records for the Liberty Fellowship as described in the attachment to the summons. The summons directed the custodian of records at Citizens Bank to appear before me on April 17, 2006. This action was done in furtherance of the above investigation

of Eric Messier and the Liberty Fellowship and in accordance with 26 U.S.C. § 7602. A copy of the summons is attached to this Declaration as Exhibit A.

5. On March 21, 2006, in accordance with 26 U.S.C. § 7603(a), I served the aforementioned summons on the custodian of records of Citizens Bank by certified mail.

6. On March 21, 2006, in accordance with 26 U.S.C. § 7603, I sent a copy of the IRS summons by certified mail to Eric Messier at his last known address, as evidenced by the certificate of service on the IRS summons. A copy of the certified postal receipt is attached to this Declaration as Exhibit B.

7. I received a copy of a petition to quash the summons and related materials on April 14, 2006, which was hand-delivered to my office.

8. The custodian of records for Citizens Bank did not appear before me on April 17, 2006, as directed by the summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APril 27, 2006.

KENNETH R. COURNOYER