# Summons

In the matter of Liberty Fellowship 36-4452919 P.O. Box 1364 Providence RI 02901

Internal Revenue Service (Division): Small Business / Self Employed

Industry/Area (name or number): Area 1

Periods: Calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005

## The Commissioner of Internal Revenue

To: Custodian of the Records

At: Citizens Bank, 20 Cabot Road, Medford Massachusetts 02155 Mail Stop MMF440

You are hereby summoned and required to appear before Revenue Agent Kenneth R Cournoyer an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

60 Quaker Lane, Warwick Rhode Island 02886 401-826-4752

**Place and time for appearance at** Internal Revenue Service, 60 Quaker Lane, Warwick Rhode Island 02886

on the 17th day of April, 2006 (year) at 9 o'clock A m.

Issued under authority of the Internal Revenue Code this 21st day of March, 2006 (year).

Signature of issuing officer — Revenue Agent (Title)

Signature of approving officer (*if applicable*) — Group Manager

IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Original

GOVERNMENT EXHIBIT A

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| March 21, 2006 | 10:00 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______
3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Citizens Bank, 20 Cabot Road, Medford Massachusetts 02155 Mail Stop MMF440

| Signature | Title |
|---|---|
| [signature] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: March 21, 2006 Time: 10:00 AM

Name of Noticee: Liberty Fellowship (Eric Messier)

Address of Noticee (if mailed): P.O. Box 1364, Providence RI 02901

**How Notice Was Given**

- ☒ I gave notice by certified or registered mail to the last known address of the noticee.
- ☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).
- ☐ I gave notice by handing it to the noticee.
- ☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.
- ☐ No notice is required.

| Signature | Title |
|---|---|
| [signature] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent |

**ATTACHMENT TO SUMMONS**

**For Years:** 2001, 2002, 2003, 2004, 2005

**In the matter of:** Liberty Fellowship (A Corporation Sole)

**Issued to:** Citizens Bank

All records pertaining to the above individuals whether held jointly or severally or as a trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals may have a financial interest. To include all accounts in which this individual has signatory authority and/or right of withdrawal.

**Including <u>but not limited</u> to the following account:**

**Account #** 11178388

These records should include but are not limited to:

**Savings Accounts Records:** Including signature cards, bank statements, interest, debit and credit memos, deposit slips, checks deposited, withdrawals, withdrawal slips, checks issued for withdrawals, form 1099 issued.

**Checking Account Records**: Including signature cards, bank statements, interest, debit and credit memos, deposit slips, checks deposited, withdrawals, withdrawal slips, checks issued for withdrawals, checks drawn on the account, form 1099 issued.

**Loan Records:** Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans repayment records, including records revealing the date, amount and method or repayment (cash or check), checks used to repay loans, and loan correspondence.

**Safe Deposit Box Records:** Including contracts, access records, and records of rental fees paid disclosing the date, amount and method of payment (Cash or check).

**MasterCard and/or Visa Records:** Including customer's application, signature card, credit or background investigation conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) or repayment, checks used to make repayments (front and back).

**Purchase or Bank Checks:** Purchase of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment, instruments and statements of transactions.

**Other Records:** Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions, all correspondence with the above persons / entities and /or with third parties regarding the above person / entities.