**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ERIC MESSIER, et al.** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. 06-31ML** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendants** | : | |
| | : | |

**ENTRY OF APPEARANCE**

The undersigned Counsel hereby enters his appearance on behalf of the Plaintiffs KAMc

Respectfully submitted
Plaintiff
By his Attorney,

Keven A. McKenna

Keven A. McKenna, Esquire
KEVEN A. MCKENNA, P.C.
23 Acorn Street, Providence, RI 02903
Tel: 401- 273-8200
Fax: 401- 521-5820
Email: Kevenm@mckennalaw.cc
May 4, 2006

Cc: Michael Iannotti, Esq.