RECEIVED
MAY 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC MESSIER, and the LIBERTY FELLOWSHIP, Petitioners, v. UNITED STATES OF AMERICA, Respondent. | Case No. 1:06-mc-00031-ML-LDA |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties involved in this action stipulate to its dismissal.

All parties agree to bear their own costs.

ROBERT CLARK CORRENTE
United States Attorney

KEVEN A. MCKENNA
Keven A. McKenna, P.C.
23 Acorn Street
Providence, Rhode Island 02903
Tel: (401) 273-8200
Fax: (401) 521-4820
Email: kevenm@mckennalaw.cc

Attorney for Eric Messier and the Liberty Fellowship

THOMAS M. NEWMAN
Trial Attorney, Tax Division
Conn. Bar. No. 422187
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

Attorney for the United States of America

Enter:
Mary M. Lisi
USDJ 5/19/06