IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC MESSIER, and the LIBERTY FELLOWSHIP,<br>Petitioners,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | ) | Case No. 1:06-mc-00031-ML-LDA |

RESPONDENT'S MOTION TO DISMISS

Respondent United States of America provide notice of their motion to dismiss this petition to quash an IRS summons. The motion has been set for hearing on May 4, 2006, at 11:30 a.m.

Respondent seeks to dismiss the petition under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Because petitioner filed his petition beyond the twenty days permitted under the Internal Revenue Code, sovereign immunity bars the relief he seeks. In support of this Motion, the

//

Referred to U.S.M.J. Almond
☒ for findings & recommendation
☐ for determination
☐ ____________________
Mary M. Lisi, U.S. District Judge
Date: 5/3/06

5/19/06: THE MOTION IS DEEMED WITHDRAWN IN VIEW OF DISMISSAL STIPULATION FILED ON 5/18/06.

USMJ