FILED

APR 14 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC MESSIER
LIBERTY FELLOWSHIP
(a Corporation Sole)
P. O. Box 1364
Provident, RI 02886

Tel: (401) 751-0019

MISC 06 -031 ML

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

5/19/06: THE PETITION IS DEEMED WITHDRAWN IN VIEW OF DISMISSAL STIPULATION FILED ON 5/18/06.

| | |
|---|---|
| ERIC MESSIER and LIBERTY FELLOWSHIP,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendants. | Case No.<br>PETITION TO QUASH SUMMONS |

## INTRODUCTION

**Parties**

1. Plaintiff ERIC MIESSIER (hereafter referred to as "petitioner" or "MESSIER") is now and at all times relevant to this petition is an individual and the "overseer" of LIBERTY FELLOWSHIP, a Corporation Sole, organized for religious and charitable purposes under the law of the State of Washington. LIBERTY FELLOWSHIP is an organization exempt from taxation as an organization described in United States Section 501(c)(3) and exempt from the filing requirements with as set forth in the Internal Revenue Code, Title 26, United States Codes Section 508 and Section 6033.

2. The defendant is the UNITED STATES, and in doing all acts as set forth herein,

Referred to U.S.M.J. Almond
for findings & recommendations
determination

Mary M. Lisi, U.S. District Judge
Date: 4/14/06

5-4-06 @ 11:30